**In the Interest of: M.N.J., M.I.J., M.G.J., and M.K.J.**

**No. ED 95279.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 15, 2011.

Emily N. Kaiser, St. Charles, MO, for appellant.

Rebecca M. Navarro–McKelvey, St. Charles, MO, for respondent.

Charles C. Curd, Weldon Spring, MO, Guardian Ad Litem.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

The father, P.T., appeals from the trial court's judgment terminating his parental rights to his four children, M.N.J., M.I.J., M.G.J., and M.K.J. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons

for our decision. We affirm. Rule 84.16(b)(1).